## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  19-cv-60611-BLOOM/Valle

MALCOLM SIMMONS, an individual, and
ANTRONETTE SIMMONS, an individual,

    Plaintiffs,  **CLASS ACTION**

vs.

MONTEREY FINANCIAL SERVICES, LLC,
a California limited liability company, d/b/a
"Monterey Collections," and "Monterey Loan
Servicing,"

    Defendant.
_____/

### NOTICE OF SETTLEMENT

Plaintiffs, Malcolm Simmons, an individual, and Antronette Simmons, an individual, by and through their undersigned counsel, hereby provide notice to the Court of the settlement of the above-referenced action against the Defendant, Monterey Financial Services, LLC, a California limited liability company.

Respectfully submitted this 8th day of August, 2019.

    */s/ Robert W. Murphy*
    ROBERT W. MURPHY, ESQ.
    Florida Bar No.: 717223
    1212 S.E. 2nd Avenue
    Fort Lauderdale, Florida 33316
    Telephone:  (954) 763-8660
    Facsimile:   (954) 763-8607
    E-Mails:  rphyu@aol.com
    rwmurphy@lawfirmmurphy.com
    legalassistant@lawfirmmurphy.com
    ***Counsel for Plaintiffs***

-2-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 8, 2019, Ielectronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following CM/ECF participants:

Alessandro A. Apolito, Esq.
Lippes Mathias Wexler Friedman LLP
822 N A1A, Suite 101
Ponte Vedra Beach, Florida 32082
Primary E-Mail:  aapolito@lippes.com
Secondary E-Mail:  smiller@lippes.com

Brendan H. Little, Esq. (Pro Hac Vice)
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Telephone:  (716) 853-5100
Facsimile:   (716) 853-5199
E-Mail:  blittle@lippes.com

*Attorneys for Defendant,*
*Monterey Financial Services, LLC*

                              */s/ Robert W. Murphy*
                              Attorney for Plaintiffs