UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60611-CIV-SMITH

MALCOLM SIMMONS, ET AL.,

    Plaintiffs,

vs.

MONTEREY FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## ORDER OF FINAL DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice [DE 30]. Accordingly, it is

ORDERED that:

1. This matter is **DISMISSED with prejudice.**

2. All pending motions not otherwise ruled upon are DENIED as moot.

3. This case is CLOSED.

DONE AND ORDERED in Fort Lauderdale, Florida, this 5th day of September, 2019.

                                              RODNEY SMITH
                                              UNITED STATES DISTRICT JUDGE

cc:    All counsel of record